# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 14, 2005

128533(93)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOEZELL WILLIAMS II,
      Defendant-Appellant.

_____

SC: 128533
COA: 246706
Wayne CC: 02-004374

      On order of the Chief Justice, the motion by defendant-appellant for extension of the time for filing his supplement brief is considered, and the time for such filing is extended to November 30, 2005.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 14, 2005

_____
Clerk